**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL OAKENFOLD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation; DANIEL LUCAS, an individual; EA RENFROE & CO., INC., a Georgia corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:24−cv−07455−SVW−JPR<br>[Assigned to Hon. Stephen V. Wilson]<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, PAUL OAKENFOLD, and Defendants, STATE FARM GENERAL INSURANCE COMPANY and DANIEL LUCAS (collectively, the "Parties"), submitted a Stipulation of Dismissal with Prejudice. Pursuant to the Stipulation, the Parties requested that the entire action be dismissed with prejudice, and each party will bear its own costs and attorneys' fees.

Having considered the Stipulation and for good cause shows:

IT IS HEREBY ORDERED that this matter be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: May 23, 2025

*(signature)*
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, a true and correct copy of **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** was served electronically to all parties with an email address on record who have consented to electronic service in this action as follows:

| | |
|---|---|
| Albert K. Alikin, Esq.<br>Michael B. Gelfound, Esq.<br>Peter A. Ma, Esq.<br>FREEMAN MATHIS & GARY, LLP<br>550 S. Hope Street<br>Los Angeles, CA 90071<br>Tel.:       (213) 615-7000<br>Email:    albert.alikin@fmglaw.com;<br>              michael.gelfound@fmglaw.com;<br>              peter.ma@fmglaw.com | *Attorneys for Defendants, STATE FARM GENERAL INSURANCE COMPANY and DANIEL LUCAS* |

                                                      */s/ Erin Stover*
                                                      ERIN STOVER